## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:05CR33 |
| | ) | |
| RANDY L. JOHNSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Following a telephone conference and uon the oral motion of the parties,

**IT IS ORDERED** that the defendant's motion to suppress (Filing No. 18) is continued to **April 28, 2005,** at **3:00 p.m.** before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 19th day of April, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge