IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:05CR33 |
| **Plaintiff,** | ) ) ) | |
| | ) | **ORDER** |
| vs. | ) ) | |
| **RANDY L. JOHNSON,** | ) ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Plaintiff's motion to extend the deadline within which to object to the Magistrate Judge's Report and Recommendation filed on June 23, 2005 (Filing No. 33). The current deadline is July 11, 2005. The Plaintiff requests an extension until July 26, 2005.

IT IS ORDERED:

1. The Plaintiff's motion to extend the deadline within which to object to the Magistrate Judge's Report and Recommendation (Filing No. 33) is granted; and

2. Any objections to the Magistrate Judge's Report and Recommendation must be filed on or before July 26, 2005, and the three-day mailing rule does not apply.

DATED this 6th day of July, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge